

U.S. Department of Justice

*United States Attorney*
*Southern District of New York*

---

*The Silvio J. Mollo Building*

*One Saint Andrew's Plaza*
*New York, New York 10007*

June 26, 2013

BY E-MAIL

The Honorable Katherine B. Forrest
United States District Judge
Southern District of New York
500 Pearl Street
New York, New York 10007

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: JUN 2 7 2013
```

Re:   United States v. Sandeep Goyal, a/k/a "Sandy Goyal,"
       11 Cr. 935 (KBF)

Dear Judge Forrest:

Sandeep Goyal pled guilty before your Honor in November 2011 pursuant to a cooperation agreement with the Government and is currently scheduled to be sentenced on August 8, 2013. Goyal's sentencing was previously adjourned at the request of both parties due to Goyal's ongoing cooperation. In November 2012, the Government called Goyal as a witness at the trial in United States v. Todd Newman, et al., No. 12 Cr. 121 (RJS). Goyal's cooperation with the Government remains ongoing and the Government anticipates calling Goyal as a witness at the trial in United States v. Michael Steinberg, No. S4 12 Cr. 121 (RJS), which is scheduled to begin in November 2013. Accordingly, the Government respectfully requests that the Court adjourn Goyal's sentencing to January 2014. Should Goyal's cooperation be completed prior to that date, the Government will promptly notify the Court. Counsel for Goyal have advised that they consent to this request.

Respectfully submitted,

PREET BHARARA
United States Attorney

By: s/ Richard C. Tarlowe
    Richard C. Tarlowe
    Assistant United States Attorney
    (212) 637-2330

*[Handwritten: Ordered Sentence adjourned to 1/24/14 at 11:00 a.m.  K.B. For  USDJ  6/27/13]*

cc: Michael S. Sommer, Esq.
    Jessica L. Margolis, Esq.