Case 1:11-cr-00935-RJS   Document 21   Filed 11/04/14   Page 1 of 1



**MEMO ENDORSED**

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

November 4, 2014

```
USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 11-4-14
```

The Honorable Richard J. Sullivan
United States District Court
Southern District of New York
40 Foley Square, Room 2104
New York, New York 10007

Re:   **United States v. Sandeep Goyal, a/k/a "Sandy Goyal**, 11 Cr. 935 (RJS)

Dear Judge Sullivan:

The Government writes respectfully in connection with the Court's order of April 30, 2014, directing the Government to update the Court by October 31, 2014, concerning the status of the above-referenced defendant's cooperation. With our apologies for the lateness of this letter, the Government wishes to advise the Court that the defendant's cooperation is ongoing. Moreover, to our knowledge, he continues to comply with all of his bail conditions.

Accordingly, with the consent of defense counsel, the Government respectfully requests that the defendant's sentencing control date be further adjourned for approximately six additional months. In the event there is a change in the status of the defendant's cooperation before such date, the Government will promptly notify the Court.

Respectfully submitted,

PREET BHARARA
United States Attorney

By: /s/ Harry A. Chernoff
Harry A. Chernoff
Assistant United States Attorney
(212) 637-2481

cc: Michael S. Sommer, Esq.
    Jessica L. Margolis, Esq.
    Counsel for Sandeep Goyal

```
IT IS HEREBY ORDERED THAT the
Government shall submit a letter
apprising the Court of the status of
Defendant's cooperation by May 4, 2015.
```

SO ORDERED.
Dated: 11/14/14
RICHARD J. SULLIVAN
U.S.D.J.